UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GARY ANDERSON,

        Petitioner,

   v.

ERIC H. HOLDER Jr., Attorney General,

        Respondent.

                                /

NO. CIV. S-09-2519 WBS JFM
(Court of Appeals No. 08-73946)

ORDER

----oo0oo----

        On August 17, 2009, the Court of Appeals ordered the petition in this matter transferred to this court, pursuant to 8 U.S.C. § 1252(b)(5)(B), for the limited purpose of making a *de novo* determination of petitioner's claim of United States citizenship. The Clerk of this Court, on September 9, 2009, entered an Order, setting the matter for status conference on February 22, 2010, at 2:00 p.m. Good cause now appearing therefor:

1

1           IT IS HEREBY ORDERED that:

2           (1) The Order Re: Status (Pretrial Scheduling) Conference of September 9, 2009, is hereby vacated and set aside, and this matter is reset for Status Conference on **October 19, 2009, at 2:00 p.m.** in Courtroom 5; and

3           (2) At least seven days prior to the October 19, 2009, Status Conference each party shall file a written report, which shall identify the disputed factual and legal issues before the court and recommend the procedure the court should follow in adjudicating the matter.

DATED:  September 10, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE