1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

GARY ANDERSON,                                   ) 2:09-cv-2519-WBS-JFM
                                                 )
       Petitioner/Plaintiff,                     )
                                                 )
   v.                                            ) **ORDER RE**
                                                 ) **JOINT STIPULATION TO AMEND**
ERIC H. HOLDER, Jr., Attorney General,           ) **THE SCHEDULING ORDER**
                                                 )
       Respondent/Defendant.                     )

      Pursuant to the parties' joint stipulation to extend the scheduling order, it is hereby ordered that the discovery cut-off date is extended to January 11, 2010. The parties are to file separate pretrial statements on or before January 25, 2010. The pretrial conference is reset for February 8, 2010 at 2:00 p.m., and the bench trial is reset for March 23, 2010 at 9:00a.m.

Dated: December 14, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE