UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GARY ANDERSON,  NO. CIV. 09-02519 WBS JFM
 (Court of Appeals No. 08-73946)
      Petitioner,

ORDER
  v.

ERIC H. HOLDER Jr., Attorney General,

      Respondent.
                                   /

----oo0oo----

        This matter is before the court pursuant to a transfer order of the Court of Appeals for the Ninth Circuit on May 22, 2009, ordering the court to hold a hearing on petitioner Gary Anderson's claim that he is a citizen of the United States pursuant to 8 U.S.C. § 1252(b)(5). After holding a Pretrial Conference on February 8, 2010, the court orders as follows:

        The parties shall either (1) file a joint statement of

1

undisputed material facts along with a statement that no disputed material facts exist in this matter by March 1, 2010, or (2) if an agreement that no disputed material facts exist cannot be reached, shall appear before the court for further pretrial conference on March 1, 2010, at 2:00 p.m.

If the parties submit a joint statement of undisputed material facts and a statement that no dispute of material fact exists, then the parties shall simultaneously submit any expert affidavits on the law of the United Kingdom by March 16, 2010. Petitioner shall file his opening trial brief by March 26, 2010. Respondent shall file any opposition by April 9, 2010. Petitioner may then file a reply by April 16, 2010.

The hearing date of March 23, 2010, is hereby vacated and reset for April 26, 2010, at 2:00 p.m.

IT IS SO ORDERED.

DATED: February 9, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE