UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GARY ANDERSON,                    NO. CIV. 09-02519 WBS JFM
                                  (Court of Appeals No. 08-73946)
          Petitioner,

                                  ORDER

     v.

ERIC H. HOLDER Jr., Attorney
General,

          Respondent.
_____/

----oo0oo----

          This matter is before the court pursuant to a transfer

order of the Court of Appeals for the Ninth Circuit on May 22,

2009, ordering the court to hold a hearing on petitioner Gary

Anderson's claim that he is a citizen of the United States

pursuant to 8 U.S.C. § 1252(b)(5).  After holding a Pretrial

Conference on February 8, 2010, the court orders as follows:

          The parties shall either (1) file a joint statement of

1

1  undisputed material facts along with a statement that no disputed

2  material facts exist in this matter by March 1, 2010, or (2) if

3  an agreement that no disputed material facts exist cannot be

4  reached, shall appear before the court for further pretrial

5  conference on March 1, 2010, at 2:00 p.m.

6          If the parties submit a joint statement of undisputed

7  material facts and a statement that no dispute of material fact

8  exists, then the parties shall simultaneously submit any expert

9  affidavits on the law of the United Kingdom by March 16, 2010.

10 Petitioner shall file his opening trial brief by March 26, 2010.

11 Respondent shall file any opposition by April 9, 2010.

12 Petitioner may then file a reply by April 16, 2010.

13         The hearing date of March 23, 2010, is hereby vacated

14 and reset for April 26, 2010, at 2:00 p.m.

15         IT IS SO ORDERED.

16 DATED:  February 9, 2010

17

18 _____
   WILLIAM B. SHUBB

19 UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

                              2