TONY WEST
Assistant Attorney General
JOSHUA E.T. BRAUNSTEIN
Assistant Director
KIRSTEN L. DAEUBLER
Trial Attorney
MELISSA S. LEIBMAN
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
District Court Section
P.O. Box 868 Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-7016

Attorneys for Respondent/Defendant

HOLLY S. COOPER (CA Bar # 197626)
Law Offices of Holly S. Cooper
P.O. Box 4358
Davis, CA 95617
Tel: (530) 754-4833

CARTER C. WHITE (CA Bar # 164149)
Attorney at Law
P. O. Box 2202
Davis, CA 95617
Tel: (530) 848-0597

Attorneys for Petitioner/Plaintiff

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY ANDERSON, | No. 2:09-cv-2519 WBS-JFM |
| Petitioner/Plaintiff, | Assigned for all Purposes to the Honorable William B. Shubb |
| v. | **ORDER RE JOINT STIPULATION TO EXTEND TIME TO FILE RESPONDENT'S BRIEF UNTIL APRIL 12, 2010** |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent/Defendant. | |

Pursuant to the parties' stipulated motion to extend the time to file Respondent's brief, it is hereby ORDERED that the date for filing Respondent's brief is extended from April 9, 2010, until April 12, 2010 and Petitioner has until April 19, 2010 to file his reply brief.

DATED: April 13, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Dated: April 12, 2010                    Respectfully Submitted,
                                    By:  /s/ Melissa S. Leibman
                                         MELISSA S. LEIBMAN
                                         Trial Attorney

2